**CLOSED**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KALAKANT BHATT,

                Plaintiffs,

v.

MIRAMED REVENUE GROUP, LLC,

                Defendants.

Case No. 2:26-cv-03105-CAS-AJRx

**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO MIRAMED REVENUE GROUP, LLC**

Upon review of the Stipulation for Dismissal with Prejudice as to Miramed Revenue Group, LLC, and good cause appearing

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter and all claims herein are hereby dismissed with prejudice against Miramed Revenue Group, LLC.

**IT IS ORDERED.**

Dated:  July 9, 2026

*Christina A. Snyder*

HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

1